Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

*Middle* District of *Florida*

*JACKSONville* Division

Case No. *3:24-CV-1295- wwo-Mer*

(to be filled in by the Clerk's Office)

*Reginald Bernard Whitfield*
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Putnam County Sheriff Office*
*"See Attached"*
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

United States District Court
for the
Middle District of Florida
JACKSONVILLE DIVISION


CASE NO. _____


Reginald Bernard Whitfield
        Plaintiff(S)


                V.
Putnam County Sheriff Office
1) Deputy GAFFNEY, Trystyn Cla
        (Putnam County Sheriff Office)
2) Sergeant T. Bishop S1406 (Bishop, Trevor, Carl)
        (Putnam County Sheriff Office)
3) Lt. Johnson, Ray H.
        (Putnam County Sheriff Office)
4) Deputy Figueroa
        (Putnam County Sheriff Office)
5) Lt. Breckenridge
        (Putnam County Sheriff Office)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *Reginald Bernard Whitfield*

All other names by which you have been known: *Reggie*

ID Number: *11003640*

Current Institution: *Putnam Sheriff Office*

Address: *130 Orie Griffin Blvd.*

*Palatka        FLA.   32177*
City        State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: *Gaffney, Trystin CLA*

Job or Title *(if known)*: *Deputy*

Shield Number:

Employer: *Putnam County Sheriff Office*

Address: *130 Orie Griffin Blvd.*

*Palatka        FLA.   32177*
City        State        Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name: *Bishop, Trevor, Carl*

Job or Title *(if known)*: *( Sergeant )*

Shield Number: *S1406*

Employer: *Putnam County Sheriff Office*

Address: *130 Orie Griffin Blvd.*

*Palatka,        FLA.   32177*
City        State        Zip Code

☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                      Johnson, Ray H.
    Job or Title *(if known)*   ( Lieutenant )
    Shield Number
    Employer                 Putnam County Sheriff Office
    Address                  130 Orie Griffin Blvd.
                         Palatka,      Fla.    32177
                         *City*        *State*     *Zip Code*
                     ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name                      Deputy Figueroa
    Job or Title *(if known)*   ( Deputy )
    Shield Number
    Employer                 Putnam County Sheriff Office
    Address                  130 Orie Griffin Blvd.
                         Palatka,      Fla.    32177
                         *City*        *State*     *Zip Code*
                     ☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    1st, 4th, 5th, 8th, 14th, 6th

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Name          Breckenridge

Job or Title   Lieutenant

Shield Number  _____

Employer      Putnam County Sheriff Office

Address       130 Orie Griffin Blvd.

              Palatka          Fla.          32177
              City             State         Zip Code

☑ Individual Capacity  ☑ Official Capacity

## "Deprivation of Rights"

1.) Deputy GAFFNEY, TrystyN ClA — deprived me of my
4th Amendment right by unreasonable seizure
from my home without being questioned, to where
my 5th, AND 14th AMENDMENTS were infringed Apon.
AS well, to where, once AgAiN I wAS deprived of my
liberty by depriving me of my 14th AMENDMENT due
process of lAw, by Arresting me without Allowing me
the right to counsel, or stATEMENT. (6th Amendment)
Then violAted my 8th AMENDMENT by displaying "cruel
AND unusuAl punishment by ramming my head into the
rear door jamb of the patrol cAr; thereby displaying
total unproffessionAl like conduct under color of LAw."

2.) Sgt. Bishop, Trevor CArl — deprived me of the right to
speak with my lawyer when i requested the use of
the telephone. Also inso doing so, deprived me of my
14th AMENDMENT due process right by initiAting, And
Applying the application of the 4-point procedure
before me (being A pretrial detainee) wAS ever even
booked in.
under the "MirandA", And me being A pretrial
detainee gives me A 14th AMENDMENT due process
of lAw right to speak with my lawyer before Any

"Deprivation of Rights" (con't.)

2.)(Con't.) — Action such as what occured, to take place, take place. (6th Amendment)

3.) Lt. Johnson, Ray H. — deprived me of my 14th Amendment due process right, by going forward- "Gung-ho"- signing his signature of approval to an inmate 4-point without investigating more thoroughly than just by word of mouth. "He was'nt even there!" So how is it that he can okay a 4-pointing on a pre-trial detainee who has'nt even been booked in yet? (14th Amendment)

4.) Deputy Figueroa — Acted under color of law by voluntarily Assisting Lt. Johnson in 4-pointing me to a metal bunk, thereby violating the Eighth Amendment rights, thereby displaying "Cruel and Unusual Punishment."

5.) Lt. Breckenridge — Acted under color of law by voluntarily Assisting Lt. Johnson in 4-pointing me to a metal bunk, thereby violating the Eighth Amendment rights, thereby displaying "Cruel and Unusual Punishment."

- facts - (con't.)
Incident 2 (con't.)(Page 5)
Once they've got me 4-pointed, they walk out
with Sgt. Bishop saying, "See if you can
knock on the door now."
After several hrs. in the four-point, I
hollard out that i had to pee, and would some
one come, and help me. I was then told.
"Sorry!", you blowed your chance at all that.
Now you're stuck like that.
When i asked what they meant by that. i
was told by an officer that once you're
placed in the 4-point position you're
stuck like that for four (4) hrs...
After no longer being able to hold my pee
I peed myself.
Some time later the Nurse came and took
my vitals and left.
Finally after 4-hrs. I was uncuffed, and
allowed to shower. After I was showered
I was then booked in. (12-hours later)
They broke me like i was some type of
wild animal!
        SEE: VALENCIA V. WIGGINS, 981
                    &
        Zimmerman V. Schaeffer, 654

DEC 13 2024 PM2:42
FILED - USDC - FLMD - JAX

— facts — (con't.)

Incident 2 (cont.) (page 6)

Also see:

∞ ...hmmm

Hope v. Pelzer, 536 U.S. 730 (2002)

&

Monroe v. Pape, 365 U.S.

&

Funentes v. Wagner, 206 F. 3d



Very painful over A prolonged period of time.

4 hrs. in this position

"No breaks"!!!

This is A drawing of the 4-point procedure with my face down body position

All metal bunk
All metal cuffs

"4-point Procedure" or, "The Rack"

Give it A try, And see what you think about it

"Deprivation of Rights"

(Back to Field Deputy Gaffney, Trystyn CLA )

1.) Field Deputy Gaffney violated my 6th
Amendment Constitutional right, in which is
enshrined in our Constitution — that No person ***
shall be compelled in any criminal case to be a
witness against himself; and that the accused
shall *** have the assistance of counsel —
rights which were put in jeopardy when Field
Deputy Gaffney denied me of that right when i
requested to speak with my Lawyer before
giving him any type of reply, as far as question-
-ing was concerned
See: Escobedo V. Illinois, 378 U.S.
To where the police did not effectively Advise
him of his right to remain silent, or his right to
consult with his Attorney. to where they
(the police) denied his request to speak to his
Attorney, and they prevented his retained
Attorney, who had come to the police station,
from consulting with him.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

– SEE ATTACHED PAGES –

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

INCIDENT (1) HAPPENED AT MY PROPERTY AT: 109 SPRUCE LN. (ON WED., April 10, 2024) PALATKA, Florida 32177

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

ALL OTHER EVENTS HAPPENED AT: PUTNAM COUNTY Sheriff OFFICE ON WED., April 10, 2024 130 ONE Griffin Blvd. thru PALATKA, Florida 32177 Thur., April 11, 2024

Page 4 of 11

# Actions Under Color of Law

1) On Wed., April 10, 2024 (field deputy) Gaffney, Trystyn Cla acted under color of law by displaying a true lack of proffessionalism as well as showing negligence in performing his duty of placing me in the rear of the patrol car. In so trying to place me in the back seat of the patrol car (field deputy) Gaffney negligently ran my head into the rear car door jamb while trying to place me inside. When I told him what he had done, he then quickly said, "You should'nt of been resisting.

2) On Wed., April 10, 2024 (Sgt. Bishop, Trevor Carl) acted "Under Color of Law; being that he showed poor judgement, as well as a true lack of proffessionalism in the actions that he displayed in 4-pointing inmate Whitfield for 4-hrs., just for knocking on the cell door asking to use the phone to call his lawyer in his defense of his arrest.

3) On Wed., April 10, 2024 (Lt. Johnson, Ray H.) showed a lack of poor judgement, as well as gross negligence for authorizing something he had no clue as to what was actually even going on (he was'nt even there)

# Actions Under Color of Law

4.) On Wed., April 10, 2024 (Deputy Figueroa) Acted under Color of Law by Voluntarily Assisting Lt. Johnson in 4-pointing me to A metal Bunk.

5.) On Wed., April 10, 2024 (Lt. Breckenridge) Acted "Under Color of Law by Voluntarily Assisting Lt. Johnson in 4-pointing me to A metal Bunk.

— facts —

Incident 1 (Page 1)

On Wed., April 10, 2024, at, or around 9:00 P.m.,
I, Reginald B. Whitfield, was approached by a
Putnam County sheriff; a one, (field) Deputy
Gaffney, Trystyn C(a — because of a 911 call made
by a one, Hydeia Session
pertaining to a supposed Agg. Battery w/deadly weapon.
I was approached by the deputy who called me
over towards him, and then began to question me
about what was going on, and what had occured
their earlier.
I then began to explain to him just exactly what
had occured.
Once into my statement, it occured to me that it
would probably be to my benefit to invoke my
right to have a lawyer/attorney present, and
remain silent as to that particular point in
questioning until an attorney/lawer was present
("Please note that I was not yet read my Miranda
rights) (See Miranda v. Arizona)
At this particular point the deputy then said, "At this
particular time Mr. Whitfield, place your hands
behind your back for me."

# — facts —

Incident 1 (cont.) (page 2)

I then asked him why? in which he then said, "At this point Mr. Whitfield, you're being placed under Arrest. I then asked, for what? In which he then said, "Agg. Battery w/ deadly weapon while cuffing me, and then walking me to his patrol car.

He then showed a true lack of proffessionalizm by not allowing me to call, and talk with my Attorney when I asked to do so.

He also showed unproffessional like manner, as well as showing negligence in performing his duty of placing me in the rear of the patrol car. In so trying to place me in the back seat of the patrol car (Field deputy) Gaffney negligently ran my head into the rear car door jamb, while trying to place me inside.

When I told him what he had done, he then quickly stated, "You shouldn't of been resisting".

See (Field deputy) body cam

— Facts —

Incident 2 (Page 3)

Once we get to the Putnam County Sheriff Office
I am then walked into booking to where i then
start asking the booking desk deputy to let me
use the phone to call my lawyer to where
Sergeant T. Bishop immediatly starts in about,
"You can't use the phone until you book in"
I then stated that I had nothing to say until I
talked with my lawyer.
At that time Sgt. Bishop then had the booking
desk officers to put me in a holding cell
until I decide to cooperate.
The deputy then takes me, changes me into
some blue jumpers, And then locks me into
holding cell 3 (see cell 3 cam feotage)
After about 20-to-30min go by, I knock on the
door asking to use the phone to call my lawyer
Sgt. Bishop comes to the door, And tells me that
im not using the phone, And to quit knocking on
the door. (He then walks away)
After about 15-to-20 min. I knock on the
cell door again, Asking to use the phone to

- facts -

Icident 2 (cont.)(Page 4)
call my lawyer. Sgt. Bishop comes back to
the door and says, "If you knock on this door
again i'm going to 4-point your ass"! (Targeting)
I then ask, "for what? knocking on the door
asking to use the phone? He then walks
away.
After about 20-30 min. I again knock on the
cell door asking to use the phone.
Sgt. Bishop once again comes back to the
cell door, along with deputy Figueroa, and
tells me to go to the back of the cell & face
the wall, and put my hands behind my head
and get on my knees, in which i complied
and did.
They then came in (snatched the mattress
off the bunk), and then put me on the
bunk (face first), and then started the
4-point procedure. (see 4-point diagram)
In the middle of it all Lt. Breckenridge
walks in the cell, and offers his assistance
they all then rotate to where one of them
puts his knee right dead center of my
lower spine.

C.   What date and approximate time did the events giving rise to your claim(s) occur? *All of the events occurred at, or around 8:30 - 1: A.M. ON Wed., April 10, 2024 - Thur., April 11, 2024*

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
*— SEE Attached —*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
*— SEE Attached —*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

— INJURIES —

Yes pertaining to injuries, I suffered head trauma (slight) from the patrol car incident in which I now am left with a blemish in the center of my forehead, and ~~XXXXXXXX~~ headaches that come, and go from time to time.
I have yet to see an outside doctor, but take tylenol, & Ibruprofen every other week that are given to me by the medical facility here at the Sheriff Office.
I also suffered some type of shoulder (left) injury from being stretched out on that bunk for that long period of time (need X-rays) as well as my lower lumbar area (Sciatica)
I also suffer from constant nightmares, and a lot of emotional stress

- Relief -

Your Honor, I come to the Courts Now in All
humbleness, And pray thee for the relief that
I come forth Now, And Ask for.
In Compensatory damages, I come forth Now
And Ask in the Amount of $2,000,000.°°

In Punitive damages, I come forth Now, And
Ask in the Amount of $75,000,°°
($15,000.°° Ea. individual) (5) individuals)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    PutNAm County SheriH OFFicE 130 Orie GriffiN Blvd. PALATKA, FloridA 32177

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? To the grievance Dept. ( Jail Administrations )

2.    What did you claim in your grievance? misuse of Authority

3.    What was the result, if any? I have yet to be heard

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
AS far AS I Know it is, theres No where else to grieve, they don't have paper grievances here, And they don't answer the one on the tablet at all

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SEE INCLUDED GRIEVANCE (my copy)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

My Copy

Date: 07/18/2024

"Grievance"

To: Director of Corrections:

(Also wrote & sent a copy of this to the A.C.L.U.)

I write this grievance you now receive, in hast because it is a timely matter that I seek relief in. I am writing this grievance against the five(5) officers here at the Putnam (Palatka) County Jail who partook in, knew of, or authorized me, Reginald B. Whitfield, being 4-pointed for the simple matter of me knocking on the holding cell door, asking to use the phone to call my lawyer.
The name of the five(5) perpetrators are as followed:

1.) Deputy Gaffney, Trystyn Cla — ran my head into
                                 the patrol car door jamb
2.) Sgt. T. Bishop S1406 — partook in the 4-pointing
3.) Lt. Johnson, Ray H. — Authorized the 4-pointing
4.) Deputy Figueroa — Partook in the 4-pointing
5.) Lt. Breckenridge — Partook in the 4-pointing



My Copy

Date: 07/18/20

GRIEVANCE (Cont.)

I retain this copy (paper) of my formal grievance due to the fact that they (The Grievance Dept.) does not accept (paper) copies of any type of forms, because the jail is now a paperless facility.

I have been trying to grieve this matter since it took place, in which was on (Wed., Thur.) April (10-11) 2024.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

    7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s)    _____
        Defendant(s)    _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition    _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff *Reginald B. Whitfield*
Printed Name of Plaintiff *Reginald B. Whitfield*
Prison Identification # *11003640*
Prison Address *Putnam County Sheriff Office 130 Orie Griffin Blvd.*
*Palatka          Fla.    32177*
    *City*    *State*    *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
    *City*    *State*    *Zip Code*

Telephone Number _____
E-mail Address _____